**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FB Debt Financing Guarantor, LLC, *et al.*,[1] | Case No. 23-10025 (KBO) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  FB Debt Financing Guarantor, LLC (1271); Forma Brands, LLC (2520); Morphe, LLC (8460); Forma Beauty Brands, LLC (5496); Seemo, LLC (5721); Jaclyn Cosmetics Holdings, LLC (6217); Such Good Everything, LLC (9530); Playa Products, Inc. (3602); and Jaclyn Cosmetics LLC (2690).  The Debtors' service address is 10303 Norris Ave, Pacoima, CA 91331.

I.       **Notes Applicable to all Schedules and Statements**

**Note 1:  Reporting Date**.  The reported asset and liability values in Schedules A and B, with the exception of estimated cash balances, reflect the Debtors' asset values as of December 31, 2022 (the, "Reporting Date").  Estimated cash balances in Schedules A and B, as well as the liability information contained in Schedules D and EF parts 1 and 2 are reported as of January 12, 2023 (the "Petition Date"), with the exception of intercompany balances, which are as of the Reporting Date.

**Note 2:  Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  To the extent any amounts had to be converted to U.S. dollars, the conversion rate used was as of the Petition Date.

**Note 3:  Signatory**.  Stephen Marotta has signed each set of Schedules and Statements.  Mr. Marotta serves as Chief Restructuring Officer of Debtor FB Debt Financing Guarantor, LLC and he is an authorized signatory for each of the Debtors in these chapter 11 cases.  In reviewing and signing the Schedules and Statements, Mr. Marotta has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors.  Mr. Marotta has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct and accurate as of the date he signed the Schedules and Statements.

**Note 4:  Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  These Schedules and Statements were not filed with the United States Securities and Exchange Commission (the "SEC") or any state authority, and neither the SEC nor any state authority has passed upon the accuracy, adequacy, or merits of the Schedules and Statements.

**Note 5:  Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Reporting Date.

**Note 6:  Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions, on the date of the Schedules and Statements, with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

**Note 7:  Setoffs**.  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing

discrepancies, credits, rebates, returns, refunds, and negotiations or disputes between the Debtors and their customers, payment processors, or suppliers. These normal, ordinary course setoffs and nettings are common to the industry. Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware or of which the Debtors have approved to effectuate in the claims process of their chapter 11 cases. The Debtors reserve all rights to challenge any setoff or recoupment rights that may be asserted.

**Note 8:  Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

**Note 9:  Reservation of Rights**. In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time their preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist and subsequent information or discovery might result in material changes or modification to the Schedules and Statements or may require the Debtors to file amended Schedules and Statements. **The Debtors reserve all of their rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization, classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary to advance positions in the chapter 11 cases that might conflict with the Schedules and Statements.**

**Note 10:  Confidentiality.** To protect the privacy of certain individual parties, including, among others, the Debtors' employees, customers, creditors and interest holders who are individuals, and in accordance with *Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, and (III) Granting Related Relief* [Docket No. 97], mailing addresses of such individuals were excluded from the Schedules and Statements. In addition, the names of certain parties residing in jurisdictions governed by European privacy laws were redacted pending order of the Bankruptcy Court. The Debtors have used this approach to, as noted, protect the privacy of an individual, for the protection of sensitive commercial information, or because of a confidentiality agreement. The alterations are limited to only what is necessary to protect the Debtors or the third party.

## II.    Notes to Schedules of Assets and Liabilities

1.    ***Schedule A/B – Assets***. The Debtors have potentially excluded the following categories of assets from the Schedules and Statements: certain deferred accounts or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets; certain intangibles; deferred revenue accounts; or goodwill. Other immaterial assets may also have been excluded.

***Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments***. Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion.

Additionally, the Bankruptcy Court, pursuant to the *Final Order (A)(I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (B) Granting Related Relief* [Docket No. 216] has authorized the Debtors to provide adequate assurance of payment for future utility services, including an initial deposit in the amount of $4,039.88. Such deposit is not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

***Schedule A/B, Part 3 – Accounts Receivable***. The receivables listed in the Schedules include receivables from the Debtors' customers and are calculated net of any amounts that, as of the Reporting Date, may be owed to such customers in the form of offsets or other price adjustments pursuant to the Debtors' customer program policies and day-to-day practices. Negative balances represent credits to customers that have not yet been booked against receivables. The accounts receivable balances in this section exclude intercompany related receivables. Intercompany related receivables are instead shown in the response to Part 11, Question 77.

***Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture***. Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

***Schedule A/B, Part 5 – Inventory, excluding agricultural assets.*** Amounts represent inventory on hand and inventory in transit as of the Reporting Date. Amounts presented as inventory receipts within twenty days of the Petition Date have not been reduced to reflect inventory received under cash in advance payment or payments made postpetition under certain First Day Orders (as defined below). The amounts listed in Part 5 should not be interpreted as an estimate of claims pursuant to Bankruptcy Code section 503(b)(9)**.**

***Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles***. Dollar amounts are presented net of accumulated depreciation and other adjustments. Furniture and fixtures are recorded as a single line item on the Debtors' books and records, and, as a result, the Debtors have disclosed these items together in response to Question 39. The Debtors believe it would be unduly burdensome and costly for the Debtors to separate this line item into separate responses for Questions 39 and 40. Unless otherwise indicated, owned property and equipment are listed at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease

(including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

***Schedule A/B, Part 9 – Real Property***.  The Debtors do not own any real property.

***Schedule A/B, Part 10 – Intangibles and Intellectual Property Rights***.  Exclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property rights should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

***Schedule A/B, Part 11 – All Other Assets***.  Dollar amounts are presented net of impairments and other adjustments.  The value of all assets listed on Schedule A/B are calculated as of the Reporting Date.  Additionally, the Debtors may receive refunds for sales and use tax at various times throughout their fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.

To the extent the Debtors were unable to attribute an asset to a specific Debtor, the asset has been listed on Schedule A/B, of Morphe, LLC.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims***.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant.  Despite exercising their reasonable efforts to identify all such assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules.

***Interests in Insurance Policies or Annuities***.  A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (II) Renew, Supplement, Modify, or Purchase Insurance Coverage and (B) Authorizing Continuation and Renewal of Surety Bond Program, and (C) Granting Related Relief* [Docket No.7].  The Debtors believe that there is little or no cash value to the vast majority of such insurance policies.  Such policies have all been included on Schedule A/B, Part 11, with values listed as "undetermined" for

each of the Debtors.  The Debtors' interest in these types of policies is limited to the amount of the premiums that the Debtors have prepaid, if any, as of the Petition Date.  To the extent the Debtors have made a determination of the amount of prepaid insurance premiums or prefunded claim tails as of the Reporting Date, such amounts are only listed on Schedule A/B, Part 2, Question 8, as prepayments.  All policies are expected to remain active until their stated expiration.

*Intercompany Claims*.  Certain receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

2.    *Schedule D – Creditors Who Have Claims Secured by Property*.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtors' rights, stipulations or releases pursuant to any applicable court order.  By listing an "amount of claim" in Schedule D, the Debtors are not admitting or waiving any rights to assert that all or any portion of such claim is wholly unsecured.  Further, the listing of a claim as secured is not an admission as to the validity of any lien.  Finally, although there are multiple parties that may hold a portion of the debt included in the Debtors' prepetition funded debt facilities, only administrative agents have been listed for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary.  In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. Nothing in Schedule D and/or the Notes shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Stephen Marotta, Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 21] (the "First Day Declaration"). Furthermore, in addition to the First Day Declaration, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral, security interests, and the nature, extent, and priority of any liens.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

Except as specifically stated, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights, claims and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

3.    ***Schedule E/F – Creditors Who Have Unsecured Claims***.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time. In such cases, the amounts are listed as "Unknown" or "Undetermined." Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

*Credits and Adjustments*.  The claims of creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits or other adjustments due from such creditors to the Debtors.

*Paid Claims*.  The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to bankruptcy court orders (collectively, the "First Day Orders"). As such, certain liabilities listed in these Schedules and Statements may have been subsequently reduced or satisfied pursuant to the First Day Orders notwithstanding the fact that the Debtors have listed claims and payables as of the Petition Date in these Schedules and Statements.

*Excluded Liabilities*.  The Debtors have potentially excluded the following categories of liabilities from the Schedules and Statements: certain deferred charges or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax liabilities; certain accrued liabilities including salaries and employee benefits. Other immaterial liabilities may also have been excluded.

 *– Creditors with Priority Unsecured Claims*.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

Pursuant to the *Final Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 186], the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Claims owing to various taxing authorities to which the Debtors potentially may be liable, and which the Debtors have received notice of liability from such taxing authorities, are reported on Part 1. Certain of such claims, however, may be subject to ongoing audits

and/or the claims will be satisfied in the ordinary course during these chapter 11 cases pursuant to authority granted to the Debtors in the relevant First Day Orders. Therefore, the Debtors have listed all such claims as "contingent" and "unliquidated," pending final resolution of ongoing audits or other outstanding issues.

Furthermore, pursuant to the *Final Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief* [Docket No. 187] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including certain employee wages and other employee benefits in the ordinary course of business. As a result, the Debtors have not listed on Schedule E/F any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to the Employee Wage Order or other order that may be entered by the Bankruptcy Court. The Debtors believe that (but cannot guarantee that) such claims will be satisfied in the ordinary course during the chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court. Additionally, claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.

***Part 1 – Creditors with Nonpriority Unsecured Claims***. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The amounts listed on schedule E/F may not reflect any right of setoff or recoupment, and the Debtors reserve any such setoff or recoupment rights. Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed in Schedule E/F.

Schedule E/F, Part 2, contains information regarding certain compensation-related claims of insiders of the Debtors, with such claims being listed as "contingent," "unliquidated," and "disputed." In scheduling such claims, the Debtors make no representation or assertion as to the validity of such claims, and the Debtors reserve all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "unknown" or "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the First Day Orders or the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not

include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

*Intercompany*.  The Debtors maintain business relationships among each other and with their foreign subsidiaries based in Canada and Europe (collectively, the "Foreign Subsidiaries"), resulting in intercompany receivables and payables in the ordinary course of business.  Such Intercompany Claims arise (a) among the Debtors and (b) between the Debtors and the Foreign Subsidiaries pursuant to prepetition shared services and intercompany trade arrangements, and other intercompany arrangements.

*Trade Payables*.  To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

*Customer Programs*.  A more thorough description of the Debtors' customer relationships is set forth in the *Debtors' Motion For Entry Of Interim and Final Orders (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course Of Business and (II) Granting Related Relief* [Docket No. 14].  The Debtors received approval under the *Final Order (I) Authorizing the Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 189] to continue to honor certain obligations to customers, and otherwise continue customer programs in the ordinary course of business.  The Debtors' customer programs include the gift card program, returns, refunds, and exchanges, loyalty programs, sales promotions, the charitable donations program, and various wholesale customer practices, including markdown allowances, chargebacks, returns and cooperative marketing programs.  To the extent that a wholesale customer is owed a credit on account of the markdown allowances, chargebacks, or cooperative marketing program, such customer may have a claim that has not been listed on Schedule E/F.

In addition, the Debtors provide reserves for dilution of receivables in their annual filings, which are presented according to GAAP.  Such reserves and dilution have not been provided in these Schedules and Statements.

4.      ***Schedule G – Executory Contracts and Unexpired Leases***.  Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Additionally, relationships between the Debtors and their customers are often governed by a master services agreement, under which customers also place work and purchase orders, which may be considered executory contracts.  The Debtors believe that disclosure of all of these purchase and work orders would be impracticable and unduly burdensome.  Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders (including statements of work) placed thereunder may have been omitted.  The Debtors reserve all rights to sever or argue that any agreement listed in Schedule G is severable.

Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.  Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance.  In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.  To the

extent the Debtors were unable to attribute an executory contract or unexpired lease to a specific Debtor, the liability has been listed on Schedule G of Morphe, LLC.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, some of which may be oral.  While the Debtors have made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.  Additionally, certain executory contracts and unexpired leases listed may have been rejected as of the Petition Date, pursuant to the *Debtors' Omnibus Motion Seeking Entry Of An Order (I) Authorizing (A) The Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, if any, each Effective Nunc Pro Tunc to the Petition Date and (II) Granting Related Relief* [Docket No. 50.]  Accordingly, and as stated above, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any contract, agreement, document or other instrument related to a creditor's claim.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreements, instruments, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some, but not all, cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, may reflect distinct agreements between the applicable Debtor and such supplier or provider, or work or purchase orders pursuant to a master services agreement, which may not be considered executory contracts.  The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts

or agreements are not impaired by the omission.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth in Schedule G.

The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor.

5.    ***Schedule H – Co-Debtors***.

For purposes of Schedule H, the Debtors have not listed any litigation-related co-Debtors on Schedule H.  Instead, all such listings can be found on Schedules E/F.  The Debtors have listed only the agent under the prepetition credit facility or counterparties that are subject to a guaranty related to the co-Debtors.

In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtors reserve their rights to amend to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

## III.    <u>Notes to Statements of Financial Affairs</u>

1.    ***Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue***.  The income stated in the Debtors' response is consistent with the consolidated sales disclosed in compliance with GAAP and, for purposes of these Statements, does not include revenue derived from Intercompany Transactions. Revenue reported on Question 1 is net of discounts, chargebacks and related items. Revenue for the current fiscal year has been provided through the Reporting Date, on a prorated basis when indicated below.  Although the Debtors track unrealized gains related to foreign exchange rates for accounting purposes, the Debtors' response to Question 2 does not reflect unrealized gains related to foreign exchange.

***Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors***.  The Debtors operate an integrated and elaborate system of bank accounts to facilitate the collection and disbursement of funds worldwide.  Pursuant to the Debtors' cash management system, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities.  The Debtors have only listed each payment on the response to Statements 3 and 4 for the Debtor entity that disbursed the payment.

The Debtors have responded to Question 3 in detailed format by listing each payment for the 90 days prior to the Petition Date.  The response to Question 3, however, does not include transfers to insiders (which transfers appear in response to Part 2, Question 4) and bankruptcy professionals (which transfers appear in response to Part 6, Question 11).

The payroll-related amount shown in response to Question 4, which includes, among other things, salary, wage, and additional compensation, is a gross amount that does not include reductions for amounts including employee tax or benefit withholdings. In the ordinary course of business, certain corporate or personal credit cards may be utilized by insiders to pay for travel and business-related expenses for various other individuals employed by the Debtors. As it would be unduly burdensome for the Debtors to analyze which credit card expenses related to those incurred on behalf of an insider as opposed to another employee (or the Debtors), the Debtors have listed the aggregate amount paid for such expenses.

Payments made to the Chief Restructuring Officer of the Debtors are included in the response to SOFA 11 as payments to Ankura Consulting Group, LLC.

The payments disclosed are based on payments made by the Debtors with payment dates. The actual dates that cash cleared the Debtors' bank accounts were not considered. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a significant manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

With respect to intercompany transfers, given the volume of transfers and nature of noncash accounting adjustments, it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to separate and list such claims on an individual basis. Rather, the Debtors have provided intercompany balances as of December 31, 2021 and the Reporting Date to illustrate the change in balance over one year.

*Controlling Shareholders*. For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 20% of the membership interests of the applicable Debtor entity. Entities listed as "controlling shareholders" have been included for informational purposes only. The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

2.  *Statements, Part 2, Question 6 – Setoffs*. For a discussion of setoffs and nettings incurred by the Debtors, refer to Note 7 above in Section I. Notes Applicable to All Schedules and Statements.

3.  *Statements, Part 3, Question 7 – Legal Actions or Assignments*. The actions described in response to Question 7 are the responsive proceedings or pending proceedings of which the Debtors are aware. The actions described in Question 7 include, but are not limited to, commercial litigation, customer credit cases, workers' compensation claims, in addition to environmental-related proceedings, potential violations under the Equal Employment Opportunity Commission, potential violations under the Occupational Safety & Health Administration, as well as investigations under state and federal law.

The Debtors have devoted substantial resources to identify and provide as much information for as many proceedings as possible in response to Question 7 using records that were reasonably accessible and reviewable. Despite reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

The Debtors reserve all of their rights and defenses with respect to all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

4.    ***Statements, Part 5, Question 10 – Losses From Fire, Theft or Other Casualty***. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. Given the scale of the Debtors' operations, certain losses, including those attributable to theft, are unable to be traced by the Debtors with complete accuracy, and accordingly, such losses have not been listed on the Debtors' response to Statement 10.

5.    ***Statements, Part 6, Question 11 – Payments Related to Bankruptcy***. Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date. The services rendered pertain to (i) debt restructuring, (ii) relief under the Bankruptcy Code, and (iii) preparation of a bankruptcy petition.

Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders. The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis. The Debtors have listed all such payments on the Statement of Morphe, LLC. In addition, in the interest of additional disclosure and out of an abundance of caution, the Debtors have included all payments to applicable professionals, including payments unrelated to bankruptcy (*e.g.*, for corporate, intellectual property, and litigation-related professional fees and expenses) made within one year proceeding the Petition Date.

6.    ***Statements, Part 12, Questions 22-24 – Details about Environmental Information***. The Debtors acknowledge the possibility that information related to material proceedings, notices and governmental notifications responsive to Statements, Part 12, Questions 22-24, may be discovered subsequent to the filing of the Schedules and Statements. The Debtors reserve the right to supplement or amend this response in the future if additional information becomes available. In addition, Statements, Part 2, Question 7, may identify information that is also responsive to Statements, Part 12, Question 22.

7.     ***Statements, Part 13, Question 26 – Books, Records, and Financial Statements***.  The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients include, among others, regulatory agencies, financial institutions, investment banks, equityholders, debtholders and their legal and financial advisors.  Financial statements may have also been provided to other parties as requested, subject to customary non-disclosure requirements where applicable.  In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26.

8.     ***Statements, Part 13, Question 28 – Controlling Shareholders***.  For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 20% of the membership interests of the applicable Debtor entity.  Entities listed as "controlling shareholders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.     ***Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders***.  Certain directors and executive officers of the Debtors are also directors and executive officers of certain Debtor and non-Debtor affiliates.  To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor affiliates, they did not receive payment for their services as directors or executive officers of these entities.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 3 and 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

10.    ***Statements, Part 13, Question 31 – Member of Any Consolidated Group for Tax Purposes***.  Various Debtor limited liability companies (each, an "<u>LLC</u>") are disregarded for tax purposes.  Income generated by an LLC is consolidated at a higher reporting unit level.

* * * * *

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FB Debt Financing Guarantor, LLC, *et al.*,[1] | Case No. 23-10025 (KBO) |
| Debtors. | (Jointly Administered) |

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## FORMA BRANDS, LLC (CASE NO. 23-10026)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: FB Debt Financing Guarantor, LLC (1271); Forma Brands, LLC (2520); Morphe, LLC (8460); Forma Beauty Brands, LLC (5496); Seemo, LLC (5721); Jaclyn Cosmetics Holdings, LLC (6217); Such Good Everything, LLC (9530); Playa Products, Inc. (3602); and Jaclyn Cosmetics LLC (2690). The Debtors' service address is 10303 Norris Ave, Pacoima, CA 91331.

Debtor    **Forma Brands, LLC**                                    Case number (if known)  **23-10026**
_____
Name

| Fill in this information to identify the case: |
|---|

Debtor name    **Forma Brands, LLC**

United States Bankruptcy Court for the:    **District of Delaware**

Case number (if known)    **23-10026**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a.   **Real property:**
         Copy line 88 from Schedule A/B......................................................................    $ _____**0.00**
                                                                                                                 **plus undetermined amounts**

   1b.   **Total personal property:**
         Copy line 91A from Schedule A/B....................................................................    $ _____**0.00**
                                                                                                                 **plus undetermined amounts**

   1c.   **Total of all property:**
         Copy line 92 from Schedule A/B......................................................................    $ _____**0.00**
                                                                                                                 **plus undetermined amounts**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................    $ _____**851,500,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................    $ _____**0.00**

   3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................    +$ _____**16,100,000.00**
                                                                                                                 **plus undetermined amounts**

4. **Total liabilities** ..........................................................................................................................................
   Lines 2 + 3a + 3b

   $ _____**867,600,000.00**
   **plus undetermined amounts**

**Fill in this information to identify the case:**

Debtor name        **Forma Brands, LLC**

United States Bankruptcy Court for the:        **District of Delaware**

Case number (if known)        **23-10026**

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.

☐ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2.    Cash on Hand** | |
| 2.1 | $0.00 |

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.    Checking, savings, money market, or financial brokerage accounts** | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 | | | $0.00 |

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **4.    Other cash equivalents** *(Identify all)* | |
| 4.1 | $0.00 |

Debtor    **Forma Brands, LLC**
_____    Case number (*if known*)    **23-10026**
Name

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$0.00** |

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.

☐ Yes. Fill in the information below

| | Current value of debtor's interest |
|---|---|
| 7.    **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1  _____    _____ | $0.00 |

| | Current value of debtor's interest |
|---|---|
| 8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1  _____    _____ | $0.00 |

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| **$0.00** |

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below

| | Current value of debtor's interest |
|---|---|
| 11.    **Accounts receivable** | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| **$0.00** |

| Debtor | **Forma Brands, LLC** | Case number (*if known*) | **23-10026** |
|---|---|---|---|
| | Name | | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes. Fill in the information below

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1 | | | $0.00 |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership | |
| 15.1 | Forma Beauty Brands, LLC | 100% % N/A | Undetermined |
| 15.2 | Morphe, LLC | 100% % N/A | Undetermined |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 16.1 | | | $0.00 |

| **17.** | **Total of Part 4.** Add lines 14 through 16. Copy the total to line 83. | **Undetermined** |
|---|---|---|

| Part 5: | Inventory, excluding agriculture asset |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes. Fill in the information below

Debtor  **Forma Brands, LLC**                                        Case number (*if known*)  **23-10026**
        Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.**   **Raw materials**

19.1 _____ _____ _____ _____ $0.00

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**20.**   **Work in progress**

20.1 _____ _____ _____ _____ $0.00

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**21.**   **Finished goods, including goods held for resale**

21.1 _____ _____ _____ _____ $0.00

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**22.**   **Other inventory or supplies**

22.1 _____ _____ _____ _____ $0.00

**23.**   **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.**   **Is any of the property listed in Part 5 perishable?**

■ No.
☐ Yes.

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No.
☐ Yes. Book value _____  Valuation method _____  Current Value _____

| Debtor | Forma Brands, LLC | Case number (*if known*) | 23-10026 |
|---|---|---|---|
| | Name | | |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No.

☐ Yes.


**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| 28.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **29. Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 29.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30. Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 30.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |

Debtor **Forma Brands, LLC** _____ Case number (*if known*) **23-10026** _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| |
|---|
| **$0.00** |

34. **Is the debtor a member of an agricultural cooperative?**

■ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ■ No.

   ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

■ No.

☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

■ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

☐ Yes. Fill in the information below

Debtor **Forma Brands, LLC**
Name

Case number (*if known*) **23-10026**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.** **Office fixtures** | | | |
| 40.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment, including all computer quipment and communication systems equipment and software** | | | |
| 41.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.** **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

$0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No.

☐ Yes.

| Debtor | **Forma Brands, LLC** | Case number (*if known*) | **23-10026** |
|---|---|---|---|
| | Name | | |

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

☐ Yes. Fill in the information below

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | $0.00 |

Debtor    **Forma Brands, LLC**                                                    Case number (*if known*)  **23-10026**
_____Name_____

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ■ No.
     ☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ■ No.
     ☐ Yes.

| Part 9: | Real property |
|---|---|

54.  **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ■ Yes. Fill in the information below

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.1 | New York Office - WeWork Location: 500 7th Avenue 8th Floor, New York, NY 10018 | Lessor | Undetermined | N/A | Undetermined |

55.1 values by column: Description = New York Office - WeWork Location: 500 7th Avenue 8th Floor, New York, NY 10018; Nature and extent = Lessor; Net book value = Undetermined; Valuation method = N/A; Current value = Undetermined

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.1 and entries from any additional sheets.
     Copy the total to line 88

| | Undetermined |
|---|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

     ■ No.
     ☐ Yes.

Debtor   **Forma Brands, LLC** _____   Case number (*if known*)   **23-10026**
        Name

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.   Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.   Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| 63.1   Customer List | Undetermined | N/A | Undetermined |

Debtor    **Forma Brands, LLC**                                              Case number (*if known*)    **23-10026**
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.** | **Other intangibles, or intellectual property** | | |
| 64.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.** | **Goodwill** | | |
| 65.1 | | | $0.00 |

**66.**  **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

**Undetermined**

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No.

☐ Yes.

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No.

☐ Yes.

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

Debtor  **Forma Brands, LLC**                                                    Case number (*if known*)  **23-10026**
        Name

| | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** Description (include name of obligor) | |
| 71.1 _____  Total face amount  _____  doubtful or uncollectible amount | $0.00 |

| | Current value of debtor's interest |
|---|---|
| **72.** **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 72.1 _____          _____ | $0.00 |

| Debtor | **Forma Brands, LLC** | | Case number (*if known*) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | **Current value of debtor's interest** |
|---|---|---|
| **73.** | **Interests in insurance policies or annuities** | |
| 73.1 | Ace American Insurance Company (Chubb) - Cyber Liability - Primary -  D95114386 | Undetermined |
| 73.2 | American International Group, Inc. - Excess Directors & Officers  - 18634618 | Undetermined |
| 73.3 | American International Group, Inc. - Excess Directors & Officers - DCX-1956369-P2 | Undetermined |
| 73.4 | Argonaut Insurance Company/Aspen American Insurance Company - Commercial Property - Marine Cargo Policy -  ASLU0006031-OCM-02 | Undetermined |
| 73.5 | Atlantic Specialty Insurance Company - Entertainment Production - Pkg/GL/Excess -  710-04-17-76-0000 | Undetermined |
| 73.6 | Berkley - Excess Directors & Officers  - 01-565-51-23 | Undetermined |
| 73.7 | Federal Insurance Company (Chubb) - Executive Package  - Policy No. 82600704 | Undetermined |
| 73.8 | Federal Insurance Company (Chubb) - Liability Extended Reporting Period -  82510411 | Undetermined |
| 73.9 | Great American Insurance Company - Excess Liability- 2nd Layer $10M XS $5M -  XSE676122-01 | Undetermined |
| 73.10 | Hartford Accident & Indemnity Co. - Automobile -  08UENBA1031 | Undetermined |
| 73.11 | Hartford Fire Insurance Company - Commercial General Liability - 08CESOF6728 | Undetermined |
| 73.12 | Hartford Fire Insurance Company - Commercial Property  - 08PEGAP9XG4 | Undetermined |
| 73.13 | Hartford Fire Insurance Company - International Package - General Liability -  08CPGAZ3311 | Undetermined |
| 73.14 | Indian Harbor Insurance Company - Excess Cyber Liability - MTE904269801 | Undetermined |
| 73.15 | Lloyd's of London - Standalone Terrorism  -  B1262FC0370122 | Undetermined |
| 73.16 | National Union Fire Insurance Company of Pittsburgh, PA - Liability Extended Reporting Period -  011668836 | Undetermined |
| 73.17 | The Hartford Insurance Company - Excess Liability - Primary - 08XSON1204 | Undetermined |
| 73.18 | The Hartford Insurance Company - Workers Comp  -  08WBAB0IBJ | Undetermined |

| | | **Current value of debtor's interest** |
|---|---|---|
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1 | | $0.00 |

Debtor  **Forma Brands, LLC** _____    Case number (*if known*)  **23-10026** _____
           Name

| | Current value of debtor's interest |
|---|---|
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1   Employee Retention Payroll Tax Credit Q1 2021 | Undetermined |
| **Nature of claim**   Tax Credit | |
| **Amount requested**   $3,541,589.72 | |
| 75.2   Employee Retention Payroll Tax Credit Q2 2021 | Undetermined |
| **Nature of claim**   Tax Credit | |
| **Amount requested**   $3,776,947.34 | |

| | Current value of debtor's interest |
|---|---|
| **76.** **Trusts, equitable or future interests in property** | |
| 76.1 | $0.00 |

| | Current value of debtor's interest |
|---|---|
| **77.** **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | $0.00 |

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

> **Undetermined**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

Debtor  **Forma Brands, LLC**                                              Case number (*if known*)  **23-10026**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + Undetermined | |
| 91. **Total. Add lines 80 through 90 for each column** | $0.00 plus undetermined amounts | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 plus undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  **Forma Brands, LLC**

United States Bankruptcy Court for the:    **District of Delaware**

Case number (if known)  **23-10026**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Secured creditor name and mailing address**<br><br>General Atlantic, L.P./FB Intermediate Holdings, LLC<br>55 E 52nd St<br>New York NY 10055 | **Describe debtor's property that is subject to a lien**<br><br>Sponsor PIK Secured Notes | $58,800,000.00 | Undetermined |

**Secured creditor's email address**

**Describe the lien**

**Date debt was incurred**

**Is the creditor an insider or related party?**

1/7/2022

☐ No
■ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.2 | **Secured creditor name and mailing address**<br><br>Jefferies Finance LLC<br>520 Madison Avenue<br>New York NY 10022<br><br>**Secured creditor's email address**<br><br><br>**Date debt was incurred**<br><br>3/9/2022<br><br>**Last 4 digits of account number**<br><br><br>**Do multiple creditors have an interest in the same property?**<br><br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>Substantially all assets of the Debtor<br>**Describe the lien**<br><br>Incremental First Lien (Term Loan Facility)<br>**Is the creditor an insider or related party?**<br><br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br><br>☐ No<br>☑ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,600,000.00 | Undetermined |

| 2.3 | **Secured creditor name and mailing address**<br><br>Jefferies Finance LLC<br>520 Madison Avenue<br>New York NY 10022<br><br>**Secured creditor's email address**<br><br><br>**Date debt was incurred**<br><br>8/16/2019<br><br>**Last 4 digits of account number**<br><br><br>**Do multiple creditors have an interest in the same property?**<br><br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>Substantially all assets of the Debtor<br>**Describe the lien**<br><br>Prepetition First Lien (Revolving Credit Facility)<br>**Is the creditor an insider or related party?**<br><br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br><br>☐ No<br>☑ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,600,000.00 | Undetermined |

Debtor  **Forma Brands, LLC**                                                                    Case number (if known) **23-10026**
_____                                               _____
Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.4 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $700,000,000.00 | Undetermined |
|---|---|---|---|---|

Jefferies Finance LLC
520 Madison Avenue
New York NY 10022

**Secured creditor's email address**

Substantially all assets of the Debtor

**Describe the lien**

Original First Lien (Term Loan Facility)

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

8/16/2019

**Is anyone else liable on this claim?**

**Last 4 digits of account number**

☐ No
☑ Yes  *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.5 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $26,500,000.00 | Undetermined |
|---|---|---|---|---|

Jefferies Finance LLC
520 Madison Avenue
New York NY 10022

**Secured creditor's email address**

Substantially all assets of the Debtor

**Describe the lien**

First Lien (Bridge Loan Facility)

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

9/8/2022

**Is anyone else liable on this claim?**

**Last 4 digits of account number**

☐ No
☑ Yes  *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$851,500,000.00** |
|---|---|---|

| Debtor | **Forma Brands, LLC** | Case number (if known) | **23-10026** |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| General Atlantic, L.P./FB Intermediate Holdings, LLC<br>767 Fifth Avenue<br>Attn: Jeffrey Saferstein and David J. Cohen<br>New York NY 10153<br>Jeffrey.Saferstein@weil.com; DavidJ.Cohen@weil.com | Line 2.1 | |
| General Atlantic, L.P./FB Intermediate Holdings, LLC<br>Rodney Square<br>1000 North King Street<br>Attn: Pauline Morgan and Andrew Magaziner<br>Wilmington DE 19801<br>pmorgan@ycst.com; amagaziner@ycst.com | Line 2.1 | |
| Jefferies Finance, LLC<br>250 Vesey Street<br>Attn: Heather Lennox and Genna Ghaul<br>New York NY 10281<br>hlennox@jonesday.com; gghaul@jonesday.com | Line 2.2 | |
| Jefferies Finance, LLC<br>One Rodney Square<br>920 North King Street<br>Attn:  Zachary I. Shapiro<br>Wilmington DE 19801<br>Shapiro@rlf.com | Line 2.2 | |
| Jefferies Finance, LLC<br>250 Vesey Street<br>Attn: Heather Lennox and Genna Ghaul<br>New York NY 10281<br>hlennox@jonesday.com; gghaul@jonesday.com | Line 2.3 | |
| Jefferies Finance, LLC<br>One Rodney Square<br>920 North King Street<br>Attn:  Zachary I. Shapiro<br>Wilmington DE 19801<br>Shapiro@rlf.com | Line 2.3 | |
| Jefferies Finance, LLC<br>250 Vesey Street<br>Attn: Heather Lennox and Genna Ghaul<br>New York NY 10281<br>hlennox@jonesday.com; gghaul@jonesday.com | Line 2.4 | |
| Jefferies Finance, LLC<br>One Rodney Square<br>920 North King Street<br>Attn:  Zachary I. Shapiro<br>Wilmington DE 19801<br>Shapiro@rlf.com | Line 2.4 | |
| Jefferies Finance, LLC<br>250 Vesey Street<br>Attn: Heather Lennox and Genna Ghaul<br>New York NY 10281<br>hlennox@jonesday.com; gghaul@jonesday.com | Line 2.5 | |
| Jefferies Finance, LLC<br>One Rodney Square<br>920 North King Street<br>Attn:  Zachary I. Shapiro<br>Wilmington DE 19801<br>Shapiro@rlf.com | Line 2.5 | |

**Fill in this information to identify the case:**

Debtor name      **Forma Brands, LLC**

United States Bankruptcy Court for the:      **District of Delaware**

Case number (if known)      **23-10026**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

| Debtor | **Forma Brands, LLC** | Case number (if known) | 23-10026 |
|---|---|---|---|

Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **Undetermined** |
| | | ■ Contingent | |
| | Amanda Montgomery | ■ Unliquidated | |
| | Address on File | ■ Disputed | |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:**<u>Litigation</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **Undetermined** |
| | | ■ Contingent | |
| | Ana Ambriez | ■ Unliquidated | |
| | Address on File | ■ Disputed | |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:**<u>Litigation</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **Undetermined** |
| | | ■ Contingent | |
| | Crystal Damato | ■ Unliquidated | |
| | Address on File | ■ Disputed | |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:**<u>Litigation</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **Undetermined** |
| | | ■ Contingent | |
| | Environmental Health Advocates, Inc. | ■ Unliquidated | |
| | 225 Broadway | ■ Disputed | |
| | 19th Floor | | |
| | c/o Noam Glick | | |
| | San Diego CA 92101 | | |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:**<u>Litigation</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$16,100,000.00** |
| | | ☐ Contingent | |
| | General Atlantic, L.P./FB Intermediate Holdings, LLC | ☐ Unliquidated | |
| | 55 E 52nd St | ☐ Disputed | |
| | New York NY 10055 | | |
| | **Date(s) debt was incurred** <u>03/09/2022</u> | **Basis for the claim:**<u>Sponsor PIK Unsecured Note</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | **Amount of claim** |
|---|---|---|

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |
| | | **Undetermined** |
| | Jamie Olmos<br>Address on File | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:** <u>Litigation</u> |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |
| | | **Undetermined** |
| | Judith Huape<br>Address on File | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:** <u>Litigation</u> |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |
| | | **Undetermined** |
| | Marc Martinez<br>Address on File | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:** <u>Litigation</u> |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |
| | | **Undetermined** |
| | MOAC Mall Holdings, LLC<br>NW 5826<br>P.O. Box 1450<br>Minneapolis MN 55485 | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:** <u>Litigation</u> |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply |
| | | **Undetermined** |
| | Rapid Displays, Inc.<br>33195 Lewis Avenue<br>Union City CA 94555 | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:** <u>Litigation</u> |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes |

| Debtor | **Forma Brands, LLC** | Case number (if known) | 23-10026 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.11** | **Nonpriority creditor's name and mailing address**

Saba Benouni
Address on File

**Date(s) debt was incurred** <u>Various</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

**Undetermined**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>Litigation</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**

Taylor Maxwell
Address on File

**Date(s) debt was incurred** <u>Various</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

**Undetermined**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>Litigation</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

Valencia Gaucendio
Address on File

**Date(s) debt was incurred** <u>Various</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

**Undetermined**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>Litigation</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

Victoria Banks
Address on File

**Date(s) debt was incurred** <u>Various</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

**Undetermined**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>Litigation</u>

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Forma Brands, LLC** | Case number (if known) | **23-10026** |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | General Atlantic, L.P./FB Intermediate Holdings, LLC<br><br>767 Fifth Avenue<br>Attn: Jeffrey Saferstein and David J. Cohen<br>New York NY 10153 | Line  3.5<br><br>☐ Not listed. Explain  ___ | |
| 4.2 | General Atlantic, L.P./FB Intermediate Holdings, LLC<br><br>Rodney Square<br>1000 North King Street<br>Attn: Pauline Morgan and Andrew Magaziner<br>Wilmington DE 19801 | Line  3.5<br><br>☐ Not listed. Explain  ___ | |
| 4.3 | Judith Huape<br><br>Address on File | Line  3.7<br><br>☐ Not listed. Explain  ___ | |
| 4.4 | MOAC Mall Holdings, LLC<br><br>8300 Norman Center Drive Suite 1000<br>c/o Heidi J. Bassett<br>Minneapolis MN 55437 | Line  3.9<br><br>☐ Not listed. Explain  ___ | |
| 4.5 | Victoria Banks<br><br>Address on File | Line  3.14<br><br>☐ Not listed. Explain  ___ | |

Debtor    **Forma Brands, LLC** _____    Case number (if known)    **23-10026** _____

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **16,100,000.00**<br>**plus undetermined amounts** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **16,100,000.00**<br>**plus undetermined amounts** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Forma Brands, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>District of Delaware</strong></td></tr>
<tr><td>Case number (if known)</td><td><strong>23-10026</strong></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Membership Agreement and all Amendments and Schedules thereto | |
| | State the term remaining | 170 Days | |
| | List the contract number of any government contract | | 500 7th Avenue Tenant LLC<br>500 7Th Avenue<br>New York NY 10018 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Membership Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | 50-60 Francisco Street Tenant LLC<br>50-60 Francisco Street<br>San Francisco CA 94133 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Membership Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | 600 California Street Tenant LLC<br>600 California St<br>San Francisco CA 94108 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | 23-10026 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
| | State the term remaining | 37 Days | |
| | List the contract number of any government contract | | Ace American Insurance Company (Chubb)<br>436 Walnut St<br>Philadelphia PA 19106 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Adam "Sun Hing" Chin<br>Address on File |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Content Creation Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Name on File<br>Address on File |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Acquisition of Music Rights | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Name on File<br>Address on File |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Alex Alston<br>Address on File |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | |
| | State the term remaining | N/A | Alvarez & Marsal Private Equity Performance Improvement LLC Attn: General Counsel 600 Madison Ave 8Th Floor New York NY 10022 |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
| | State the term remaining | 261 Days | American International Group, Inc. 550 W Jackson Blvd Suite 500 Chicago IL 60661 |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
| | State the term remaining | 1 Year | American International Group, Inc. 550 W Jackson Blvd Suite 500 Chicago IL 60661 |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | Anji-CEVA Logistics Co Ltd Attn: General Counsel Anji-Ceva Logistics.Co.Ltd No 1000, Jiangpu Road, Yangpu District Shanghai CHINA |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
| | State the term remaining | 30 Days | Argonaut Insurance Company/Aspen American Insurance Company 225 W. Washington St. 24Th Floor Chicago IL 60606 |
| | List the contract number of any government contract | | |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | 2.5 Years | |
| | List the contract number of any government contract | | Array Marketing Canada Inc<br>Attn: General Counsel<br>45 Progress Ave<br>Scarborough ON M1P 2Y6<br>CANADA |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
| | State the term remaining | 29 Days | |
| | List the contract number of any government contract | | Atlantic Specialty Insurance Company<br>605 Highway 169 North<br>Suite 800<br>Plymouth MN 55441 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | B Kolormakeup & Skincare SpA SB Benefit Corporation<br>Attn: General Counsel<br>Localita Geronima<br>Via Canonica 79/A<br>Treviglio, Bg  24047<br>ITALY |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Bailee Wiard<br>Address on File |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Service Order | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Bazaarvoice, Inc.<br>10901 Stonelake Blvd.<br>Austin TX 78759 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Bella Lovkist<br>Address on File |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
|---|---|---|---|
| | State the term remaining | 261 Days | |
| | List the contract number of any government contract | | Berkley<br>175 Water Street<br>New York NY 10038 |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Bioplan USA d/b/a Arcade Beauty<br>Attn: Chief Financial Officer<br>1740 Broadway<br>Ste 14A<br>New York NY 10019 |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | C-Ben Group<br>Attn: General Counsel<br>P.O. Box 937<br>Belmont CA 94002 |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and Supply Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Chemicos Co Ltd<br>50, Deockcheon-Ro 48Beon-Gil<br>Manan-Gu Anyang-Si<br>Gyeonggi-Do<br>Seoul  14088<br>SOUTH KOREA |

| Debtor | **Forma Brands, LLC** | Case number (if known) | **23-10026** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and Supply Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Chiang Pao Industrial Co Ltd<br>Attn: General Counsel<br>No 51, Zhougong St<br>Yongkang District<br>Tainan  710<br>TAIWAN |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Christiano Hermoso<br>Address on File |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and Supply Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Chromavis SpA<br>Attn: General Counsel<br>Via Edwin P Hubble 2<br>Offanengo (Cr)  26010<br>ITALY |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and Supply Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Cosmax USA Inc<br>Attn: General Counsel<br>300 Milik St<br>Carteret NJ 07008 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and Supply Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Cosmetic Group USA Inc<br>12708 Branford St<br>Pacoima CA 91331 |

| Debtor | **Forma Brands, LLC** | Case number (if known) | **23-10026** |
|---|---|---|---|
| | Name | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Contractor Services Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Crea, Inc.<br>701 Patrick Henry Dr<br>Building 26,<br>Santa Clara CA 95054 |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and Supply Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Crystal Claire Cosmetics Inc<br>165 Milner Avenue<br>Scarborough ON M1S 4G7<br>CANADA |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Daisuke Yoshida<br>Address on File |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Daniel G Castrillon<br>Address on File |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Daniel Simmons<br>Address on File |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|

Name

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement and all Amendments and Schedules thereto | |
|---|---|---|---|
| | State the term remaining | 232 Days | |
| | List the contract number of any government contract | | Dash Hudson<br>Floor 6 - 1668 Barrington Street<br>Halifax NS B3J 2A2<br>CANADA |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Elaina Sullivan<br>Address on File |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work and all Amendments and Schedules thereto | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Emphasis Media, LLC<br>1625 S Moorings Drive<br>Wilmington NC 28405 |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
|---|---|---|---|
| | State the term remaining | 2.6 Years | |
| | List the contract number of any government contract | | Federal Insurance Company (Chubb)<br>202B Hall'S Mill Road<br>Whitehouse Station NJ 08889 |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement and all Amendments and Schedules thereto | |
|---|---|---|---|
| | State the term remaining | 329 Days | |
| | List the contract number of any government contract | | Feedonomics Holdings, LLC dba Feedonomics<br>21011 Warner Center Ln Suite A<br>Woodland Hills CA 91367 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and Supply Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Fusion Packaging I LLC<br>Attn: General Counsel<br>2608 Inwood Rd<br>Ste 200<br>Dallas TX 75235 |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Gabriel Zamora LLC<br>Attn: General Counsel<br>888 Hope St, Ste 1415<br>Los Angeles CA 90017 |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Gabrielle Spooner<br>Address on File |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and Supply Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | General Fibre Products Inc<br>Attn: General Counsel<br>170 Nassau Terminal Rd<br>New Hyde Park NY 11040 |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
|---|---|---|---|
| | State the term remaining | 30 Days | |
| | List the contract number of any government contract | | Great American Insurance Company<br>301 E. Fourth St.<br>Cincinnati OH 45202 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
|---|---|---|---|
| | State the term remaining | 231 Days | |
| | List the contract number of any government contract | | Harold Jabarian and Associates, LLC<br>10220 Norris Ave<br>Pacoima CA 91331 |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Harry Baruch<br>Address on File |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
|---|---|---|---|
| | State the term remaining | 30 Days | |
| | List the contract number of any government contract | | Hartford Accident & Indemnity Co.<br>One Hartford Plaza<br>Hartford CT 06115 |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
|---|---|---|---|
| | State the term remaining | 30 Days | |
| | List the contract number of any government contract | | Hartford Fire Insurance Company<br>One Hartford Plaza<br>Hartford CT 06115 |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
|---|---|---|---|
| | State the term remaining | 37 Days | |
| | List the contract number of any government contract | | Indian Harbor Insurance Company<br>505 Eagleview Boulevard<br>Suite 100<br>Exton PA 19341 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Infinity 16 Inc d/b/a Progressive GMP Laboratories<br>Attn: General Counsel<br>2931 E. La Jolla Street<br>Anaheim CA 92806-1306 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Binding Term Sheet | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Intercos S.p.A.<br>Attn: General Counsel<br>Intercos Europe Spa (Forma)<br>Str. Provinciale 472 Bergamina<br>Dovera – Cr  26010<br>ITALY |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
| | State the term remaining | 1.8 Years | |
| | List the contract number of any government contract | | Isaac Ben Yehuda and Isaac Glaser<br>Address on File |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Jana Barakat<br>Address on File |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Jasmin Stephen<br>Address on File |

| Debtor | **Forma Brands, LLC** | Case number (if known) | **23-10026** |
|---|---|---|---|
| | Name | | |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Jinocarlo V Abad<br>Address on File |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Kathleen Yellin<br>Address on File |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Kuehne + Nagel Inc<br>111 Wall Street<br>New York NY 10043 |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Laura Groudine for Aja<br>See Management<br>307 Seventh Ave. Suite 1607<br>New York NY 10001 |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | ListenFirst Media, LLC<br>381 Park Ave South, Suite 401<br>New York NY 10016 |

| Debtor | **Forma Brands, LLC** | Case number (if known) | **23-10026** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
| | State the term remaining | 30 Days | |
| | List the contract number of any government contract | | Lloyd's of London<br>One Lime Street<br>London  EC3M 7HA<br>England |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Name on File<br>Address on File |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Metro Public Relations<br>23679 Calabasas Rd., #550<br>Calabasas CA 91302 |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | MPath Consulting LLC<br>Attn: General Counsel<br>6970 Sweetwater St<br>Carlsbad CA 92011 |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Mplus Cosmetics SRL<br>Attn: General Counsel<br>Inzago<br>Milan  20065<br>ITALY |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
|---|---|---|---|
| | State the term remaining | 30 Days | |
| | List the contract number of any government contract | | Mt. Hawley Insurance Co.<br>9025 N Lindbergh Dr.<br>Peoria IL 61615 |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Myles McCormick<br>Address on File |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
| | State the term remaining | 2.6 Years | |
| | List the contract number of any government contract | | National Union Fire Insurance Company of Pittsburgh, PA<br>175 Water Street<br>New York NY 10038 |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | NMC Skincare Acquisition Inc<br>Attn: General Counsel<br>251 Little Falls Drive<br>Wilmington<br>New Castle DE 19808 |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Letter Services Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | One Luxury Group<br>Attn: General Counsel<br>One Luxury Group Advisers Llp<br>38 Berkeley Square<br>London  W1J 5AE<br>UNITED KINGDOM |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Pamyla Cummings<br>Address on File |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Merchant Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | PayPal, Inc.<br>2211 North 1St Street<br>San Jose CA 95131 |

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Peter Collins<br>Address on File |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Petra Collins<br>Address on File |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Photographer Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Petra Collins<br>Address on File |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | PIBIPLAST SPA<br>Attn: Eugenio Berenga, Ceo<br>Via Della Costituzione 19<br>Correggio  42015<br>ITALY |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Costing Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | PNR Consultancy, Ltd.<br>Jubilee House East Beach<br>Lytham St Annes  FY8 5FT<br>UNITED KINGDOM |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Service Order and all Amendments and Schedules thereto | |
|---|---|---|---|
| | State the term remaining | 79 Days | |
| | List the contract number of any government contract | | PowerReviews, Inc.<br>1 North Dearborn Street<br>Suite 800<br>Chicago IL 60602 |

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing And Supply Management | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Presto Packaging Solutions LLC<br>223 S. Dean Street<br>Englewood NJ 07631 |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | 1.5 Years | |
| | List the contract number of any government contract | | Procurify Technologies Inc<br>500-455 Granville Street<br>Vancouver BC V6C 1T1<br>CANADA |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Payment Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Rapid Displays Inc<br>Attn: General Counsel<br>33195 Lewis Avenue<br>Union City CA 94555 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Regina Maguire<br>Address on File |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Rita Bykowsky<br>Address on File |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Sasha Bogie Inc<br>Attn: General Counsel<br>1445 N Stanley Avenue<br>Los Angeles CA 90046 |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | SEKO Worldwide LLC<br>Attn: General Counsel<br>1100 N Arlington Heights Rd<br>Ste 600<br>Itasca IL 60143 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
| | State the term remaining | N/A | ServiceChannel.com, Inc. Attn: General Counsel 6200 Stoneridge Mall Rd Ste 450 Pleasanton CA 94588 |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
| | State the term remaining | N/A | SGS North America Inc 291 Fairfield Avenue Fairfield NJ 07004 |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Exclusive License Agreement | |
| | State the term remaining | N/A | Shutterstock, Inc. 350 5Th Ave 21St Floor New York NY 10118 |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | |
| | State the term remaining | N/A | Struc Design LLC Attn: General Counsel 6530 Bridge Brook Overlook Cumming GA 30028 |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | POL Agreement and all Amendments and Schedules thereto | |
| | State the term remaining | N/A | Target Corporation Attn: General Counsel 1000 Nicollet Mall Tps-3155 Minneapolis MN 55403 |
| | List the contract number of any government contract | | |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | TCI Biotech LLC<br>Attn: General Counsel<br>No. 187, Kang Chien Road<br>8F<br>Nei Hu District<br>Taipei  11494<br>TAIWAN |
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy | |
| | State the term remaining | 30 Days | |
| | List the contract number of any government contract | | The Hartford Insurance Company<br>One Hartford Plaza<br>Hartford CT 06115 |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | The Kair Group LLC<br>Attn: General Counsel<br>313 Grand Blvd<br>Ste 509<br>Venice CA 90294 |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and Supply Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | The Penthouse Group<br>100 Crossways Park West, Suite 208<br>Woodbury NY 11797 |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Tonnie Cosmetics Co Ltd<br>Attn: General Counsel<br>No 70, Gongye 2Nd Rd<br>Yantian Village<br>An Nan District<br>Tainan  709<br>TAIWAN |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Tox Strategies Inc<br>Attn: General Counsel<br>31 College Place<br>Ste B118<br>Asheville NC 28801 |

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Twelve Inc d/b/a Twelve NYC<br>Attn: General Counsel<br>45 Main St<br>Ste 615<br>Brooklyn NY 11201 |

| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Purchasing Agreement and all Amendments and Schedules thereto | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Ulta Inc<br>1000 Remington Blvd Ste 120<br>Bolingbrook IL 60440-4708 |

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Vegan Products Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Ulta Inc<br>1000 Remington Blvd Ste 120<br>Bolingbrook IL 60440-4708 |

| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Clean Ingredients Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Ulta Inc<br>1000 Remington Blvd Ste 120<br>Bolingbrook IL 60440-4708 |

| Debtor | **Forma Brands, LLC** | Case number (if known) | **23-10026** |
|---|---|---|---|
| | Name | | |

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Unimac Graphics LLC<br>Attn: General Counsel<br>350 Michele Place<br>Carlstadt NJ 07072 |

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Advertising Synchronization Rights License | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Universal Music Corporation<br>7475 Collections Center Drive<br>Chicago IL 60693 |

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Consulting/Outsourcing Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Vatic Outsourcing LLC<br>Attn: General Counsel<br>1827 Powers Ferry Rd Se, Building 3<br>Atlanta GA 30339 |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Veritiv Operating Company<br>3500 Langley Drive<br>Hebron KY 41048 |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Victor Ramos<br>Address on File |

| Debtor | **Forma Brands, LLC** | Case number (if known) | 23-10026 |
|---|---|---|---|
| | Name | | |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | 77 Days | |
| | List the contract number of any government contract | | VIva 5 Corporation<br>Attn: General Counsel<br>239 2Nd Ave S<br>St Petersburg FL 33701 |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | WIB New York Inc<br>197 Grand Street #4W<br>New York NY 10013 |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Wrike, Inc<br>P.O. Box 1180<br>San Jose CA 95108 |

**Fill in this information to identify the case:**

Debtor name          **Forma Brands, LLC**

United States Bankruptcy Court for the:          **District of Delaware**

Case number (if known)          **23-10026**

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Ace American Insurance Company (Chubb) | ☐ D ___<br>☐ E/F ___<br>■ G   2.4 |
| 2.2 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | American International Group, Inc. | ☐ D ___<br>☐ E/F ___<br>■ G   2.10 |
| 2.3 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | American International Group, Inc. | ☐ D ___<br>☐ E/F ___<br>■ G   2.11 |
| 2.4 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Argonaut Insurance Company/Aspen American Insurance Company | ☐ D ___<br>☐ E/F ___<br>■ G   2.13 |

Debtor **Forma Brands, LLC**                                   Case number (if known) **23-10026**
Name

| | | | | |
|---|---|---|---|---|
| 2.5 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Atlantic Specialty Insurance Company | ☐ D ___<br>☐ E/F ___<br>■ G   2.15 |
| 2.6 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Berkley | ☐ D ___<br>☐ E/F ___<br>■ G   2.20 |
| 2.7 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Federal Insurance Company (Chubb) | ☐ D ___<br>☐ E/F ___<br>■ G   2.37 |
| 2.8 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | General Atlantic, L.P./FB Intermediate Holdings, LLC | ■ D   2.1<br>☐ E/F ___<br>☐ G ___ |
| 2.9 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Great American Insurance Company | ☐ D ___<br>☐ E/F ___<br>■ G   2.43 |
| 2.10 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Hartford Fire Insurance Company | ☐ D ___<br>☐ E/F ___<br>■ G   2.47 |
| 2.11 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Indian Harbor Insurance Company | ☐ D ___<br>☐ E/F ___<br>■ G   2.48 |
| 2.12 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Jefferies Finance LLC | ■ D   2.2<br>☐ E/F ___<br>☐ G ___ |
| 2.13 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Jefferies Finance LLC | ■ D   2.3<br>☐ E/F ___<br>☐ G ___ |

Debtor  **Forma Brands, LLC**                                     Case number (if known)  **23-10026**
_____Name_____

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Jefferies Finance LLC | ■ D<br>☐ E/F<br>☐ G | 2.4 |
| 2.15 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Jefferies Finance LLC | ■ D<br>☐ E/F<br>☐ G | 2.5 |
| 2.16 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Lloyd's of London | ☐ D<br>☐ E/F<br>■ G | 2.59 |
| 2.17 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | Mt. Hawley Insurance Co. | ☐ D<br>☐ E/F<br>■ G | 2.64 |
| 2.18 | FB Debt Financing Guarantor, LLC | 10303 Norris Ave Pacoima CA 91331 | National Union Fire Insurance Company of Pittsburgh, PA | ☐ D<br>☐ E/F<br>■ G | 2.66 |
| 2.19 | Forma Beauty Brands, LLC | 10303 Norris Ave Pacoima CA 91331 | Ace American Insurance Company (Chubb) | ☐ D<br>☐ E/F<br>■ G | 2.4 |
| 2.20 | Forma Beauty Brands, LLC | 10303 Norris Ave Pacoima CA 91331 | American International Group, Inc. | ☐ D<br>☐ E/F<br>■ G | 2.10 |
| 2.21 | Forma Beauty Brands, LLC | 10303 Norris Ave Pacoima CA 91331 | American International Group, Inc. | ☐ D<br>☐ E/F<br>■ G | 2.11 |
| 2.22 | Forma Beauty Brands, LLC | 10303 Norris Ave Pacoima CA 91331 | Argonaut Insurance Company/Aspen American Insurance Company | ☐ D<br>☐ E/F<br>■ G | 2.13 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Atlantic Specialty Insurance Company | ☐ D<br>☐ E/F<br>■ G  2.15 |
| 2.24 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Berkley | ☐ D<br>☐ E/F<br>■ G  2.20 |
| 2.25 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Chemicos Co Ltd | ☐ D<br>☐ E/F<br>■ G  2.23 |
| 2.26 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Chiang Pao Industrial Co Ltd | ☐ D<br>☐ E/F<br>■ G  2.24 |
| 2.27 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Chromavis SpA | ☐ D<br>☐ E/F<br>■ G  2.26 |
| 2.28 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Cosmetic Group USA Inc | ☐ D<br>☐ E/F<br>■ G  2.28 |
| 2.29 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Crystal Claire Cosmetics Inc | ☐ D<br>☐ E/F<br>■ G  2.30 |
| 2.30 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Federal Insurance Company (Chubb) | ☐ D<br>☐ E/F<br>■ G  2.37 |
| 2.31 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | General Atlantic, L.P./FB Intermediate Holdings, LLC | ■ D  2.1<br>☐ E/F<br>☐ G |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.32 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | General Fibre Products Inc | ☐ D<br>☐ E/F<br>■ G   2.42 |
| 2.33 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Great American Insurance Company | ☐ D<br>☐ E/F<br>■ G   2.43 |
| 2.34 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Hartford Fire Insurance Company | ☐ D<br>☐ E/F<br>■ G   2.47 |
| 2.35 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Indian Harbor Insurance Company | ☐ D<br>☐ E/F<br>■ G   2.48 |
| 2.36 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D   2.5<br>☐ E/F<br>☐ G |
| 2.37 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D   2.4<br>☐ E/F<br>☐ G |
| 2.38 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D   2.3<br>☐ E/F<br>☐ G |
| 2.39 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D   2.2<br>☐ E/F<br>☐ G |
| 2.40 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Lloyd's of London | ☐ D<br>☐ E/F<br>■ G   2.59 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.41 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Mt. Hawley Insurance Co. | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.64 |
| 2.42 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | National Union Fire Insurance<br>Company of Pittsburgh, PA | ☐ D<br>☐ E/F<br>, G | _____<br>_____<br>2.66 |
| 2.43 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | SEKO Worldwide LLC | ☐ D<br>☐ E/F<br>, G | _____<br>_____<br>2.83 |
| 2.44 | Forma Beauty Brands, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | The Penthouse Group | ☐ D<br>☐ E/F<br>, G | _____<br>_____<br>2.92 |
| 2.45 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Ace American Insurance<br>Company (Chubb) | ☐ D<br>☐ E/F<br>, G | _____<br>_____<br>2.4 |
| 2.46 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group,<br>Inc. | ☐ D<br>☐ E/F<br>, G | _____<br>_____<br>2.10 |
| 2.47 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group,<br>Inc. | ☐ D<br>☐ E/F<br>, G | _____<br>_____<br>2.11 |
| 2.48 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Argonaut Insurance<br>Company/Aspen American<br>Insurance Company | ☐ D<br>☐ E/F<br>, G | _____<br>_____<br>2.13 |
| 2.49 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Atlantic Specialty Insurance<br>Company | ☐ D<br>☐ E/F<br>, G | _____<br>_____<br>2.15 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.50 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Berkley | ☐ D<br>☐ E/F<br>■ G  2.20 |
| 2.51 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Federal Insurance Company<br>(Chubb) | ☐ D<br>☐ E/F<br>■ G  2.37 |
| 2.52 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | General Atlantic, L.P./FB<br>Intermediate Holdings, LLC | ■ D  2.1<br>☐ E/F<br>☐ G |
| 2.53 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Great American Insurance<br>Company | ☐ D<br>☐ E/F<br>■ G  2.43 |
| 2.54 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Hartford Fire Insurance<br>Company | ☐ D<br>☐ E/F<br>■ G  2.47 |
| 2.55 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Indian Harbor Insurance<br>Company | ☐ D<br>☐ E/F<br>■ G  2.48 |
| 2.56 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D  2.2<br>☐ E/F<br>☐ G |
| 2.57 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D  2.3<br>☐ E/F<br>☐ G |
| 2.58 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D  2.4<br>☐ E/F<br>☐ G |

Debtor   **Forma Brands, LLC**
_____     Case number (if known)   **23-10026**
Name                                                              _____

| | | | | |
|---|---|---|---|---|
| 2.59 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D  2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.60 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Lloyd's of London | ☐ D ____<br>☐ E/F ____<br>■ G  2.59 |
| 2.61 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Mt. Hawley Insurance Co. | ☐ D ____<br>☐ E/F ____<br>■ G  2.64 |
| 2.62 | Jaclyn Cosmetics Holdings, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | National Union Fire Insurance Company of Pittsburgh, PA | ☐ D ____<br>☐ E/F ____<br>■ G  2.66 |
| 2.63 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Ace American Insurance Company (Chubb) | ☐ D ____<br>☐ E/F ____<br>■ G  2.4 |
| 2.64 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group, Inc. | ☐ D ____<br>☐ E/F ____<br>■ G  2.10 |
| 2.65 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group, Inc. | ☐ D ____<br>☐ E/F ____<br>■ G  2.11 |
| 2.66 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Argonaut Insurance Company/Aspen American Insurance Company | ☐ D ____<br>☐ E/F ____<br>■ G  2.13 |
| 2.67 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Atlantic Specialty Insurance Company | ☐ D ____<br>☐ E/F ____<br>■ G  2.15 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.68 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Berkley | ☐ D<br>☐ E/F<br>■ G  2.20 |
| 2.69 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Federal Insurance Company<br>(Chubb) | ☐ D<br>☐ E/F<br>■ G  2.37 |
| 2.70 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | General Atlantic, L.P./FB<br>Intermediate Holdings, LLC | ■ D  2.1<br>☐ E/F<br>☐ G |
| 2.71 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Great American Insurance<br>Company | ☐ D<br>☐ E/F<br>■ G  2.43 |
| 2.72 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Hartford Fire Insurance<br>Company | ☐ D<br>☐ E/F<br>■ G  2.47 |
| 2.73 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Indian Harbor Insurance<br>Company | ☐ D<br>☐ E/F<br>■ G  2.48 |
| 2.74 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D  2.5<br>☐ E/F<br>☐ G |
| 2.75 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D  2.4<br>☐ E/F<br>☐ G |
| 2.76 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D  2.3<br>☐ E/F<br>☐ G |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.77 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D<br>☐ E/F<br>☐ G | 2.2 |
| 2.78 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Lloyd's of London | ☐ D<br>☐ E/F<br>■ G | 2.59 |
| 2.79 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Mt. Hawley Insurance Co. | ☐ D<br>☐ E/F<br>■ G | 2.64 |
| 2.80 | Jaclyn Cosmetics LLC | 10303 Norris Ave<br>Pacoima CA 91331 | National Union Fire Insurance<br>Company of Pittsburgh, PA | ☐ D<br>☐ E/F<br>■ G | 2.66 |
| 2.81 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Ace American Insurance<br>Company (Chubb) | ☐ D<br>☐ E/F<br>■ G | 2.4 |
| 2.82 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group,<br>Inc. | ☐ D<br>☐ E/F<br>■ G | 2.10 |
| 2.83 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group,<br>Inc. | ☐ D<br>☐ E/F<br>■ G | 2.11 |
| 2.84 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Argonaut Insurance<br>Company/Aspen American<br>Insurance Company | ☐ D<br>☐ E/F<br>■ G | 2.13 |
| 2.85 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Atlantic Specialty Insurance<br>Company | ☐ D<br>☐ E/F<br>■ G | 2.15 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.86 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Berkley | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.20 |
| 2.87 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Federal Insurance Company<br>(Chubb) | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.37 |
| 2.88 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | General Atlantic, L.P./FB<br>Intermediate Holdings, LLC | ■ D<br>☐ E/F<br>☐ G | 2.1<br>_____<br>_____ |
| 2.89 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Great American Insurance<br>Company | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.43 |
| 2.90 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Hartford Fire Insurance<br>Company | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.47 |
| 2.91 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Indian Harbor Insurance<br>Company | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.48 |
| 2.92 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D<br>☐ E/F<br>☐ G | 2.2<br>_____<br>_____ |
| 2.93 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D<br>☐ E/F<br>☐ G | 2.3<br>_____<br>_____ |
| 2.94 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D<br>☐ E/F<br>☐ G | 2.4<br>_____<br>_____ |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2.95 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ☑ D | 2.5 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |
| 2.96 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Lloyd's of London | ☐ D | |
| | | | | ☐ E/F | |
| | | | | ☑ G | 2.59 |
| 2.97 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Mt. Hawley Insurance Co. | ☐ D | |
| | | | | ☐ E/F | |
| | | | | ☑ G | 2.64 |
| 2.98 | Morphe, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | National Union Fire Insurance<br>Company of Pittsburgh, PA | ☐ D | |
| | | | | ☐ E/F | |
| | | | | ☑ G | 2.66 |
| 2.99 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | Ace American Insurance<br>Company (Chubb) | ☐ D | |
| | | | | ☐ E/F | |
| | | | | ☑ G | 2.4 |
| 2.100 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group,<br>Inc. | ☐ D | |
| | | | | ☐ E/F | |
| | | | | ☑ G | 2.10 |
| 2.101 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group,<br>Inc. | ☐ D | |
| | | | | ☐ E/F | |
| | | | | ☑ G | 2.11 |
| 2.102 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | Argonaut Insurance<br>Company/Aspen American<br>Insurance Company | ☐ D | |
| | | | | ☐ E/F | |
| | | | | ☑ G | 2.13 |
| 2.103 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | Atlantic Specialty Insurance<br>Company | ☐ D | |
| | | | | ☐ E/F | |
| | | | | ☑ G | 2.15 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|--------|------------------------|--|------------------------|--------------|
| | Name | | | |

| 2.104 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | Berkley | ☐ D ___<br>☐ E/F ___<br>■ G 2.20 |
| 2.105 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | Federal Insurance Company<br>(Chubb) | ☐ D ___<br>☐ E/F ___<br>■ G 2.37 |
| 2.106 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | Great American Insurance<br>Company | ☐ D ___<br>☐ E/F ___<br>■ G 2.43 |
| 2.107 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | Hartford Fire Insurance<br>Company | ☐ D ___<br>☐ E/F ___<br>■ G 2.47 |
| 2.108 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | Indian Harbor Insurance<br>Company | ☐ D ___<br>☐ E/F ___<br>■ G 2.48 |
| 2.109 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | Lloyd's of London | ☐ D ___<br>☐ E/F ___<br>■ G 2.59 |
| 2.110 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | Mt. Hawley Insurance Co. | ☐ D ___<br>☐ E/F ___<br>■ G 2.64 |
| 2.111 | Playa Products, Inc. | 10303 Norris Ave<br>Pacoima CA 91331 | National Union Fire Insurance<br>Company of Pittsburgh, PA | ☐ D ___<br>☐ E/F ___<br>■ G 2.66 |
| 2.112 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Ace American Insurance<br>Company (Chubb) | ☐ D ___<br>☐ E/F ___<br>■ G 2.4 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| 2.113 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group, Inc. | ☐ D<br>☐ E/F<br>■ G  2.10 |
| 2.114 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group, Inc. | ☐ D<br>☐ E/F<br>■ G  2.11 |
| 2.115 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Argonaut Insurance Company/Aspen American Insurance Company | ☐ D<br>☐ E/F<br>■ G  2.13 |
| 2.116 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Atlantic Specialty Insurance Company | ☐ D<br>☐ E/F<br>■ G  2.15 |
| 2.117 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Berkley | ☐ D<br>☐ E/F<br>■ G  2.20 |
| 2.118 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Federal Insurance Company (Chubb) | ☐ D<br>☐ E/F<br>■ G  2.37 |
| 2.119 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | General Atlantic, L.P./FB Intermediate Holdings, LLC | ■ D  2.1<br>☐ E/F<br>☐ G |
| 2.120 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Great American Insurance Company | ☐ D<br>☐ E/F<br>■ G  2.43 |
| 2.121 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Hartford Fire Insurance Company | ☐ D<br>☐ E/F<br>■ G  2.47 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | D | E/F | G | |
|---|---|---|---|---|---|---|---|---|
| 2.122 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Indian Harbor Insurance Company | | ☐ | ☐ | ■ | 2.48 |
| 2.123 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | | ■ | ☐ | ☐ | 2.5 |
| 2.124 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | | ■ | ☐ | ☐ | 2.4 |
| 2.125 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | | ■ | ☐ | ☐ | 2.3 |
| 2.126 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | | ■ | ☐ | ☐ | 2.2 |
| 2.127 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Lloyd's of London | | ☐ | ☐ | ■ | 2.59 |
| 2.128 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Mt. Hawley Insurance Co. | | ☐ | ☐ | ■ | 2.64 |
| 2.129 | Seemo, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | National Union Fire Insurance Company of Pittsburgh, PA | | ☐ | ☐ | ■ | 2.66 |
| 2.130 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Ace American Insurance Company (Chubb) | | ☐ | ☐ | ■ | 2.4 |

| Debtor | **Forma Brands, LLC** | | Case number (if known) | **23-10026** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.131 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group, Inc. | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.10 |
| 2.132 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | American International Group, Inc. | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.11 |
| 2.133 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Argonaut Insurance Company/Aspen American Insurance Company | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.13 |
| 2.134 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Atlantic Specialty Insurance Company | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.15 |
| 2.135 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Berkley | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.20 |
| 2.136 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Federal Insurance Company (Chubb) | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.37 |
| 2.137 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | General Atlantic, L.P./FB Intermediate Holdings, LLC | ■ D<br>☐ E/F<br>☐ G | 2.1<br>_____<br>_____ |
| 2.138 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Great American Insurance Company | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.43 |
| 2.139 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Hartford Fire Insurance Company | ☐ D<br>☐ E/F<br>■ G | _____<br>_____<br>2.47 |

Debtor  **Forma Brands, LLC**
       Name

Case number (if known)  **23-10026**

| | | | | | |
|---|---|---|---|---|---|
| 2.140 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Indian Harbor Insurance Company | ☐ D<br>☐ E/F<br>■ G | <br><br>2.48 |
| 2.141 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D<br>☐ E/F<br>☐ G | 2.2<br><br> |
| 2.142 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D<br>☐ E/F<br>☐ G | 2.3<br><br> |
| 2.143 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D<br>☐ E/F<br>☐ G | 2.4<br><br> |
| 2.144 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Jefferies Finance LLC | ■ D<br>☐ E/F<br>☐ G | 2.5<br><br> |
| 2.145 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Lloyd's of London | ☐ D<br>☐ E/F<br>■ G | <br><br>2.59 |
| 2.146 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | Mt. Hawley Insurance Co. | ☐ D<br>☐ E/F<br>■ G | <br><br>2.64 |
| 2.147 | Such Good Everything, LLC | 10303 Norris Ave<br>Pacoima CA 91331 | National Union Fire Insurance Company of Pittsburgh, PA | ☐ D<br>☐ E/F<br>■ G | <br><br>2.66 |

**Fill in this information to identify the case:**

Debtor name  **Forma Brands, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **23-10026**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 9, 2023**          χ **/s/ Stephen Marotta**
_____          _____
                                          Signature of individual signing on behalf of the debtor

                                          **Stephen Marotta**
                                          _____
                                          Printed name

                                          **Chief Restructuring Officer**
                                          _____
                                          Position or relationship to debtor